IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| IN RE: | : MDL DOCKET NO. 4:03-CV-1507-BRW |
| PREMPRO PRODUCTS LIABILITY | : |
| LITIGATION | : ALL CASES in EXHIBIT A |

**ORDER**

Exhibit A lists cases designated to proceed with case-specific discovery under Practice and Procedure Order 9. Specifically, the parties may take case-specific discovery depositions of the plaintiff(s), spouse(s), treating physician(s),[1] and sales representative(s).[2]

In each case listed in Exhibit A, Plaintiffs are directed to provide Defendants with updated medical authorization[3] within three weeks of the date of this order. Failure to do so may result in dismissal for failure to prosecute.

I expect all parties to cooperate in expeditiously scheduling and taking these PPO-9 depositions. It seems to me that, generally, the PPO-9 discovery should be completed within nine months of the date of this Order. However, when scheduling the depositions, the parties should be careful not to load one firm's wagon with more poles than a mule can pull, *i.e.*, I expect all parties to be reasonable in this regard.

IT IS SO ORDERED this 2nd day of March, 2012.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

---

[1]This applies to treating physicians who are identified as trial witnesses by any party under the transferor court procedures. Treating physicians include prescribers.

[2]With regard to depositions of sales representatives or district sales managers, Plaintiffs may take only one general deposition of each such person.

[3]The Medical Authorization Form can be found at Doc. No. 2007-3 in *In re Prempro*, 4:03-CV-001507.

EXHIBIT A

4:04-cv-01717-BRW  Simmons, et al v. Wyeth Inc, et al
4:04-cv-01736-BRW  Lair, et al v. Wyeth Inc, et al
4:04-cv-01744-BRW  Emery, et al v. Wyeth Inc, et al
4:04-cv-01742-BRW  Abernathy, et al v. Wyeth Inc, et al
4:04-cv-01749-BRW  Martlew v. Wyeth Inc, et al

4:04-cv-01751-BRW  Simmons v. Wyeth Inc, et al
4:04-cv-01767-BRW  Stalls v. Wyeth Inc, et al
4:04-cv-01790-BRW  Peterson, et al v. Wyeth Inc, et al
4:04-cv-01805-BRW  Cottrell v. Wyeth Inc, et al
4:04-cv-01811-BRW  Carrozzella v. Wyeth Inc, et al

4:04-cv-01812-BRW  Dietrich, et al v. Wyeth Inc, et al
4:04-cv-01818-BRW  Bennett v. Wyeth Inc, et al
4:04-cv-01828-BRW  Gerow v. Wyeth Inc, et al
4:04-cv-01831-BRW  Terry, et al v. Wyeth Inc, et al
4:04-cv-01837-BRW  Jones v. Wyeth Inc, et al

4:04-cv-01839-BRW  Fischer v. Wyeth Inc, et al
4:04-cv-01840-BRW  Blake v. Wyeth Inc, et al
4:04-cv-01844-BRW  Broyles v. Wyeth Inc, et al
4:04-cv-01852-BRW  Shookman v. Wyeth Inc, et al
4:04-cv-01869-BRW  Parrish, et al v. Wyeth Inc, et al

4:04-cv-01872-BRW  Jaeger v. Wyeth Inc, et al
4:04-cv-01897-BRW  Foley v. Wyeth Inc, et al
4:04-cv-01902-BRW  Acker v. Wyeth Inc, et al
4:04-cv-01905-BRW  Wadler v. Wyeth Inc, et al
4:04-cv-01910-BRW  Johnson, et al v. Wyeth Inc, et al

4:04-cv-01912-BRW  Hendrickson v. Wyeth Inc, et al
4:04-cv-01918-BRW  Ashner, et al v. Wyeth Inc, et al
4:04-cv-01922-BRW  Skaggs, et al v. Wyeth Inc, et al
4:04-cv-01933-BRW  Allen, et al v. Wyeth Inc, et al
4:04-cv-01940-BRW  Ballauer, et al v. Wyeth Inc, et al

4:04-cv-01946-BRW  Turner, et al v. Wyeth Inc, et al
4:04-cv-01947-BRW  Dillman, et al v. Wyeth Inc, et al
4:04-cv-01951-BRW  Pierce, et al v. Wyeth Inc, et al
4:04-cv-01956-BRW  Stowers v. Wyeth Inc, et al
4:04-cv-01957-BRW  Guffey, et al v. Wyeth Inc, et al

4:04-cv-02248-BRW  Hulsey, et al v. Wyeth, et al
4:05-cv-00091-BRW  Israel v. Wyeth, et al
4:05-cv-00355-BRW  Ragsdale, et al v. Wyeth Inc, et al
4:05-cv-00741-BRW  Pursel, et al v. Wyeth Pharmaceutical, et al
4:05-cv-00966-BRW  Sarmiento et al v. Wyeth Pharmaceuticals Inc et al

4:05-cv-00968-BRW   Guida et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00971-BRW   De Vos et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00973-BRW   Bellingham et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00975-BRW   Lawrence v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00976-BRW   Pierre et al v. Wyeth Pharmaceuticals Inc et al

4:05-cv-00977-BRW   Campus et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00995-BRW   Hirsch v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01009-BRW   Draski et al v. Wyeth et al
4:05-cv-01021-BRW   Meilinger et al v. Wyeth Inc et al
4:05-cv-01146-BRW   McKesson et al v. Wyeth Inc et al

4:05-cv-01147-BRW   Hensley et al v. Wyeth Inc et al
4:05-cv-01148-BRW   Windsor et al v. Wyeth Inc et al
4:05-cv-01151-BRW   Rosso et al v. Wyeth Inc et al
4:05-cv-01152-BRW   Smitley et al v. Wyeth Inc et al
4:05-cv-01155-BRW   Barsom et al v. Wyeth Inc et al

4:05-cv-01157-BRW   Hall et al v. Wyeth Inc et al
4:05-cv-01160-BRW   Carroway v. Wyeth Inc et al
4:05-cv-01162-BRW   Scheid et al v. Wyeth Inc et al
4:05-cv-01164-BRW   Wynn et al v. Wyeth Inc et al
4:05-cv-01166-BRW   Dewitt v. Wyeth Inc et al

4:05-cv-01168-BRW   Allman et al v. Wyeth Inc et al
4:05-cv-01173-BRW   Vargo v. Wyeth Inc et al
4:05-cv-01247-BRW   Porter et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01255-BRW   Towle v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01257-BRW   Haigler et al v. Wyeth Inc et al

4:05-cv-01259-BRW   Evin v. Wyeth Inc et al
4:05-cv-01376-BRW   Rymer v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01401-BRW   Reed v. Pfizer Inc et al
4:05-cv-01403-BRW   Arko et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01423-BRW   Shreve v. Wyeth Pharmaceuticals Inc et al

4:05-cv-01425-BRW   Franklin v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01426-BRW   Holden et al v. Pfizer Inc et al
4:05-cv-01427-BRW   Wilkerson et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01428-BRW   Fudally et al v. Wyeth et al
4:05-cv-01432-BRW   Boonstra v. Wyeth et al

4:05-cv-01449-BRW   Gardner et al v. Wyeth et al
4:05-cv-01457-BRW   Lamb v. Wyeth Inc et al
4:05-cv-01458-BRW   Lake v. Wyeth Inc et al
4:05-cv-01459-BRW   Lemon v. Wyeth Inc et al
4:05-cv-01460-BRW   Von Nostitz v. Wyeth Inc et al

4:05-cv-01461-BRW   Stewart v. Wyeth Inc et al
4:05-cv-01462-BRW   Steinbuch et al v. Wyeth Inc et al
4:05-cv-01463-BRW   Sanford et al v. Wyeth et al
4:05-cv-01464-BRW   Lewis v. Wyeth et al
4:05-cv-01467-BRW   Huff et al v. Wyeth Inc et al

4:05-cv-01468-BRW   Huff et al v. Wyeth Inc et al
4:05-cv-01469-BRW   Hamlin et al v. Wyeth Inc et al
4:05-cv-01487-BRW   Lick et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01553-BRW   Slavik v. Wyeth Inc et al
4:05-cv-01534-BRW   Edwards et al v. Wyeth et al

4:05-cv-01566-BRW   Smith et al v. Wyeth Inc et al
4:05-cv-01567-BRW   Thompson et al v. Wyeth Inc et al
4:05-cv-01572-BRW   Shinton et al v. Wyeth Inc et al
4:05-cv-01576-BRW   Penrod v. Wyeth Inc et al
4:05-cv-01577-BRW   Spielman et al v. Wyeth Inc et al

4:05-cv-01578-BRW   Whitley v. Wyeth Inc et al
4:05-cv-01593-BRW   Reece v. Wyeth Inc et al
4:05-cv-01594-BRW   Beebe et al v. Wyeth et al
4:05-cv-01596-BRW   Abbott v. Wyeth Inc et al
4:05-cv-01597-BRW   Combs et al v. Wyeth Inc et al

4:05-cv-01598-BRW   Schouweiler v. Pharmacia & Upjohn Co.et al
4:05-cv-01600-BRW   Morgan v. Wyeth Inc et al
4:05-cv-01601-BRW   Littrell et al v. Wyeth Inc et al
4:05-cv-01605-BRW   Pogue v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01642-BRW   Bailey et al v. Wyeth Inc et al

4:05-cv-01647-BRW   Snopel et al v. Wyeth Inc et al
4:05-cv-01695-BRW   Andrade v. Wyeth Inc et al
4:05-cv-01699-BRW   Quillen v. Wyeth Inc et al
4:05-cv-01738-BRW   Morin v. Wyeth Inc et al
4:05-cv-01741-BRW   Clemens v. Wyeth Inc et al

4:05-cv-01762-BRW   Finnegan et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01779-BRW   Fallick et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01785-BRW   Huffman v. Wyeth Inc et al
4:05-cv-01791-BRW   Smith et al v. Wyeth Inc et al
4:05-cv-01796-BRW   Streible et al v. Wyeth et al

4:05-cv-01801-BRW   Tanner v. Wyeth
4:05-cv-01826-BRW   Bacha v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01862-BRW   Horgan v. Wyeth Inc et al
4:05-cv-01890-BRW   Wells v. Wyeth et al
4:05-cv-01891-BRW   Litteer et al v. Wyeth, et al

4:05-cv-01897-BRW	Hoen v. Wyeth et al
4:05-cv-01925-BRW	Williams v. Wyeth Inc et al
4:05-cv-01933-BRW	Engstrom et al v. Wyeth Inc et al
4:05-cv-01935-BRW	Stevenson v. Wyeth Inc et al
4:05-cv-01936-BRW	Cignotti v. Pharmacia & Upjohn Company LLC et al

4:06-cv-00017-BRW	Hughes v. Wyeth Inc et al
4:06-cv-00024-BRW	Salois v. Wyeth Inc et al
4:06-cv-00028-BRW	Stewart et al v. Wyeth Inc et al
4:06-cv-00044-BRW	Schmid et al v. Wyeth Inc et al
4:06-cv-00049-BRW	Johnson et al v. Wyeth et al

4:06-cv-00052-BRW	Kern et al v. Wyeth et al
4:06-cv-00054-BRW	Grimme et al v. Wyeth Inc et al
4:06-cv-00064-BRW	Norwood et al v. Wyeth et al
4:06-cv-00065-BRW	Hughes et al v. Wyeth et al
4:06-cv-00066-BRW	Mattison et al v. Wyeth et al

4:06-cv-00067-BRW	Brous et al v. Wyeth et al
4:06-cv-00102-BRW	Conza v. Wyeth Inc et al
4:06-cv-00103-BRW	O'Toole v. Wyeth et al
4:06-cv-00120-BRW	Roffman et al v. Wyeth et al
4:06-cv-00138-BRW	Truelsen v. Wyeth Inc et al

4:06-cv-00145-BRW	Fruchtl et al v. Wyeth Inc et al
4:06-cv-00148-BRW	Watson et al v. Wyeth Inc et al
4:06-cv-00149-BRW	Minschew v. Wyeth et al
4:06-cv-00154-BRW	Sochan et al v. Wyeth et al
4:06-cv-00161-BRW	Spivey et al v. Wyeth Inc et al

4:06-cv-00173-BRW	Hart et al v. Wyeth Inc et al
4:06-cv-00184-BRW	Vossler et al v. Wyeth Inc et al
4:06-cv-00207-BRW	Pow et al v. Wyeth et al
4:06-cv-00222-BRW	Miller v. Wyeth et al
4:06-cv-00230-BRW	Chomar v. Wyeth Inc et al

4:06-cv-00232-BRW	Barrett v. Wyeth Inc et al
4:06-cv-00246-BRW	White v. Wyeth et al
4:06-cv-00271-BRW	Purcell et al v. Wyeth et al
4:06-cv-00278-BRW	Witcher et al v. Wyeth et al
4:06-cv-00301-BRW	Didier et al v. Wyeth Inc et al

4:06-cv-00303-BRW	Clark v. Wyeth et al
4:06-cv-00304-BRW	Campbell et al v. Wyeth Inc et al
4:06-cv-00306-BRW	Myles et al v. Wyeth Inc et al
4:06-cv-00308-BRW	Fallman v. Wyeth et al
4:06-cv-00309-BRW	Coppock v. Wyeth et al

```
4:06-cv-00310-BRW   White v. Wyeth et al
4:06-cv-00312-BRW   Peterson v. Wyeth et al
4:06-cv-00313-BRW   Hood v. Wyeth Inc et al
4:06-cv-00329-BRW   Stafford v. Wyeth et al
4:06-cv-00347-BRW   Reed v. Wyeth Inc et al

4:06-cv-00388-BRW   Langston et al v. Wyeth Inc et al
4:06-cv-00404-BRW   Fox v. Wyeth et al
4:06-cv-00410-BRW   Telsey et al v. Wyeth et al
4:06-cv-00421-BRW   Valyou v. Bristol-Myers Squibb Company et al
4:06-cv-00429-BRW   Doering v. Wyeth

4:06-cv-00431-BRW   Johnson v. Wyeth et al
4:06-cv-00436-BRW   Hogan v. Wyeth et al
4:06-cv-00440-BRW   Morrell v. Wyeth et al
4:06-cv-00456-BRW   Neal v. Wyeth et al
4:06-cv-00457-BRW   Dolan et al v. Wyeth et al

4:06-cv-00458-BRW   Dollar v. Wyeth et al
4:06-cv-00463-BRW   Lenart v. Wyeth et al
4:06-cv-00469-BRW   Lafferty v. Wyeth et al
4:06-cv-00479-BRW   Carpenter et al v. Wyeth et al
4:06-cv-00482-BRW   Rigsby v. Wyeth Inc et al

4:06-cv-00483-BRW   Romano v. Wyeth Inc et al
4:06-cv-00484-BRW   Kaminiski v. Wyeth Inc et al
4:06-cv-00492-BRW   Latchman v. Wyeth Inc et al
4:06-cv-00516-BRW   Levin v. Wyeth Inc et al
4:06-cv-00522-BRW   Jones v. Wyeth et al

4:06-cv-00528-BRW   Thurman et al v. Wyeth et al
4:06-cv-00529-BRW   Stevens v. Pharmacia & Upjohn Company LLC et al
4:06-cv-00533-BRW   Pendley v. Wyeth et al
4:06-cv-00539-BRW   Gunter et al v. Wyeth et al
4:06-cv-00557-BRW   Hayman v. Wyeth Inc et al

4:06-cv-00559-BRW   Dunn et al v. Wyeth et al
4:06-cv-00560-BRW   Linville v. Wyeth et al
4:06-cv-00562-BRW   Chakerian v. Wyeth et al
4:06-cv-00563-BRW   Weiss v. Wyeth et al
4:06-cv-00571-BRW   Bohlen v. Wyeth Inc et al

4:06-cv-00579-BRW   Lewis v. Wyeth Inc et al
4:06-cv-00584-BRW   King v. Wyeth et al
4:06-cv-00586-BRW   Larrick et al v. Wyeth et al
4:06-cv-00596-BRW   Elich v. Wyeth et al
4:06-cv-00621-BRW   Bowman v. Wyeth et al
```

4:06-cv-00625-BRW    Falcone et al v. Wyeth et al
4:06-cv-00626-BRW    Ryan et al v. Wyeth et al
4:06-cv-00631-BRW    Handshy et al v. Wyeth et al
4:06-cv-00634-BRW    Bowers et al v. Wyeth et al
4:06-cv-00637-BRW    Borne et al v. Wyeth Pharmaceuticals Inc

4:06-cv-00639-BRW    West et al v. Wyeth et al
4:06-cv-00640-BRW    Moritz v. Wyeth et al
4:06-cv-00642-BRW    Anderson et al v. Wyeth et al
4:06-cv-00643-BRW    Beatty et al v. Wyeth et al
4:06-cv-00644-BRW    Groh et al v. Wyeth et al

4:06-cv-00648-BRW    Troy v. Wyeth et al
4:06-cv-00650-BRW    Jackson v. Wyeth et al
4:06-cv-00651-BRW    Starnes v. Wyeth et al
4:06-cv-00686-BRW    Hunter v. Wyeth et al
4:06-cv-00691-BRW    Robinson v. Wyeth et al

4:06-cv-00693-BRW    Schexnayder v. Wyeth et al
4:06-cv-00694-BRW    Przybysz v. Wyeth et al
4:06-cv-00698-BRW    Eiseland et al v. Novartis Inc et al
4:06-cv-00699-BRW    Gillette et al v. Wyeth et al
4:06-cv-00700-BRW    Gray et al v. Wyeth et al

4:06-cv-00701-BRW    Miles et al v. Wyeth et al
4:06-cv-00703-BRW    Casteel v. Wyeth et al
4:06-cv-00705-BRW    Harvey v. Wyeth et al
4:06-cv-00706-BRW    Morgan v. Wyeth et al
4:06-cv-00707-BRW    Mercer v. Wyeth et al

4:06-cv-00708-BRW    Brown v. Wyeth et al
4:06-cv-00711-BRW    Fairbairn v. Wyeth et al
4:06-cv-00713-BRW    Glahn v. Wyeth et al
4:06-cv-00724-BRW    Harrison v. Wyeth et al
4:06-cv-00725-BRW    Moody v. Wyeth et al

4:06-cv-00734-BRW    Baker v. Wyeth et al
4:06-cv-00744-BRW    Myers et al v. Wyeth Inc et al
4:06-cv-00745-BRW    Schons v. Wyeth et al
4:06-cv-00766-BRW    Kibat v. Wyeth et al
4:06-cv-00767-BRW    Grosor v. Wyeth et al

4:06-cv-00768-BRW    Hagen v. Wyeth Inc et al
4:06-cv-00775-BRW    Taylor v. Wyeth et al
4:06-cv-00778-BRW    Jones et al v. Wyeth Inc et al
4:06-cv-00785-BRW    Pedicone v. Wyeth et al
4:06-cv-00786-BRW    Behnke et al v. Wyeth Inc et al

4:06-cv-00790-BRW  Ulmen v. Wyeth et al
4:06-cv-00791-BRW  Newland v. Wyeth et al
4:06-cv-00792-BRW  Hart et al v. Wyeth Inc et al
4:06-cv-00794-BRW  Easley v. Wyeth et al
4:06-cv-00795-BRW  Hodge v. Wyeth et al

4:06-cv-00796-BRW  Klauck v. Wyeth et al
4:06-cv-00798-BRW  Patterson v. Wyeth et al
4:06-cv-00799-BRW  Massey et al v. Wyeth et al
4:06-cv-00802-BRW  Hughes et al v. Wyeth et al
4:06-cv-00804-BRW  Laines v. Wyeth et al

4:06-cv-00808-BRW  Raterman v. Wyeth Inc et al
4:06-cv-00813-BRW  Zachow et al v. Wyeth Inc et al
4:06-cv-00814-BRW  Jones v. Wyeth Inc et al
4:06-cv-00823-BRW  Reingold v. Wyeth et al
4:06-cv-00824-BRW  Crittenden v. Wyeth et al

4:06-cv-00840-BRW  Peoples v. Wyeth et al
4:06-cv-00852-BRW  Bradley et al v. Wyeth et al
4:06-cv-00854-BRW  Johnson et al v. Wyeth Inc et al
4:06-cv-00855-BRW  Bailey v. Pfizer Inc et al
4:06-cv-00859-BRW  Whitman v. Wyeth et al

4:06-cv-00875-BRW  Turner v. Wyeth et al
4:06-cv-00885-BRW  Townsend v. Wyeth et al
4:06-cv-00888-BRW  Elliott v. Wyeth et al
4:06-cv-00889-BRW  Hare v. Wyeth et al
4:06-cv-00890-BRW  Olive v. Wyeth et al

4:06-cv-00891-BRW  Hayes v. Wyeth et al
4:06-cv-00894-BRW  Wadkins v. Wyeth et al
4:06-cv-00895-BRW  Portrey v. Wyeth et al
4:06-cv-00896-BRW  Branton v. Wyeth et al
4:06-cv-00897-BRW  McKay v. Wyeth et al

4:06-cv-00901-BRW  Robbins v. Wyeth Inc et al
4:06-cv-00902-BRW  Frazier v. Wyeth et al
4:06-cv-00905-BRW  Gustin v. Wyeth et al
4:06-cv-00906-BRW  Mueller v. Wyeth et al
4:06-cv-00907-BRW  Bjornson et al v. Pharmacia & Upjohn Co. LLC et al

4:06-cv-00913-BRW  Long v. Wyeth et al
4:06-cv-00917-BRW  Leseberg et al v. Wyeth et al
4:06-cv-00934-BRW  Schmitt v. Wyeth et al
4:06-cv-00935-BRW  Zaleski v. Wyeth Inc et al
4:06-cv-00939-BRW  Huddleston v. Wyeth et al

4:06-cv-00950-BRW   Morgan v. Wyeth et al
4:06-cv-00955-BRW   Dunkhas et al v. Wyeth et al
4:06-cv-00956-BRW   St John et al v. Wyeth et al
4:06-cv-00958-BRW   Griffin v. Wyeth et al
4:06-cv-00964-BRW   Meade v. Wyeth

4:06-cv-00969-BRW   Ennis v. Wyeth et al
4:06-cv-00971-BRW   Howard v. Wyeth et al
4:06-cv-00972-BRW   Cook v. Wyeth et al
4:06-cv-00973-BRW   Labelle v. Wyeth et al
4:06-cv-00974-BRW   Wright v. Wyeth et al

4:06-cv-00976-BRW   Pyle v. Wyeth et al
4:06-cv-00978-BRW   Storch v. Wyeth et al
4:06-cv-00979-BRW   Ray v. Wyeth et al
4:06-cv-00984-BRW   Irwin v. Wyeth et al
4:06-cv-00991-BRW   Fonseca v. Wyeth et al

4:06-cv-00992-BRW   Burns v. Wyeth et al
4:06-cv-01016-BRW   Dold et al v. Wyeth et al
4:06-cv-01020-BRW   Malmstrom v. Wyeth et al
4:06-cv-01024-BRW   Ritchie v. Wyeth et al
4:06-cv-01030-BRW   Downs-Breo et al v. Wyeth et al

4:06-cv-01033-BRW   Armstrong v. Wyeth et al
4:06-cv-01040-BRW   Fields v. Wyeth et al
4:06-cv-01041-BRW   Watson v. Wyeth et al
4:06-cv-01042-BRW   Smith v. Wyeth et al
4:06-cv-01043-BRW   Samples v. Wyeth et al

4:06-cv-01044-BRW   Adkisson v. Wyeth et al
4:06-cv-01050-BRW   Klocek v. Wyeth et al
4:06-cv-01052-BRW   Pepperdine v. Wyeth et al
4:06-cv-01058-BRW   Bloodgood v. Wyeth et al
4:06-cv-01059-BRW   Thebeau v. Wyeth, et al

4:06-cv-01060-BRW   Dorsett v. Wyeth et al
4:06-cv-01062-BRW   Gray v. Wyeth et al
4:06-cv-01064-BRW   Worley v. Wyeth et al
4:06-cv-01065-BRW   Roach v. Wyeth et al
4:06-cv-01067-BRW   Newhouse v. Wyeth et al

4:06-cv-01068-BRW   Baker v. Wyeth et al
4:06-cv-01070-BRW   Schmick v. Wyeth et al
4:06-cv-01071-BRW   Gant v. Wyeth et al
4:06-cv-01072-BRW   Hawemann v. Wyeth et al
4:06-cv-01075-BRW   Ross v. Wyeth Inc et al

4:06-cv-01080-BRW  Nelson et al v. Wyeth et al
4:06-cv-01081-BRW  Baker v. Wyeth et al
4:06-cv-01086-BRW  Campbell v. Wyeth et al
4:06-cv-01092-BRW  Ghorley v. Wyeth et al
4:06-cv-01093-BRW  Pannell v. Wyeth et al

4:06-cv-01096-BRW  Lawrence et al v. Wyeth et al
4:06-cv-01109-BRW  Anderson v. Pfizer Inc et al
4:06-cv-01110-BRW  Hill v. Wyeth et al
4:06-cv-01118-BRW  Gavino v. Wyeth et al
4:06-cv-01121-BRW  Frandsen v. Wyeth et al

4:06-cv-01124-BRW  Williams v. Wyeth et al
4:06-cv-01126-BRW  Hatcher v. Wyeth et al
4:06-cv-01128-BRW  Furber v. Wyeth et al
4:06-cv-01129-BRW  Edris v. Wyeth et al
4:06-cv-01131-BRW  Hickman-Claytor v. Wyeth et al

4:06-cv-01143-BRW  Paradis v. Wyeth et al
4:06-cv-01145-BRW  Morris et al v. Wyeth et al
4:06-cv-01163-BRW  Burgett v. Wyeth et al
4:06-cv-01164-BRW  Rodriguez v. Wyeth Inc et al
4:06-cv-01168-BRW  Jones et al v. Wyeth et al

4:06-cv-01169-BRW  Bickel et al v. Wyeth et al
4:06-cv-01171-BRW  Merwin et al v. Wyeth et al
4:06-cv-01172-BRW  Taylor v. Wyeth et al
4:06-cv-01176-BRW  Thrift v. Wyeth et al
4:06-cv-01181-BRW  Billeau et al v. Wyeth et al

4:06-cv-01182-BRW  Boelk et al v. Wyeth et al
4:06-cv-01183-BRW  Flores et al v. Wyeth et al
4:06-cv-01191-BRW  Bross v. Wyeth et al
4:06-cv-01199-BRW  Ulmer v. Wyeth et al
4:06-cv-01206-BRW  Wilson v. Wyeth et al

4:06-cv-01207-BRW  Pritchett et al v. Wyeth et al
4:06-cv-01208-BRW  George et al v. Wyeth et al
4:06-cv-01210-BRW  Seaton et al v. Wyeth et al
4:06-cv-01213-BRW  Johnson v. Wyeth et al
4:06-cv-01216-BRW  Grindle et al v. Wyeth et al

4:06-cv-01218-BRW  Garcia et al v. Wyeth et al
4:06-cv-01221-BRW  Brege v. Wyeth et al
4:06-cv-01226-BRW  Baena et al v. Wyeth et al
4:06-cv-01229-BRW  Weston et al v. Wyeth et al
4:06-cv-01230-BRW  Walrod v. Wyeth et al

4:06-cv-01232-BRW   Sellepack v. Wyeth et al
4:06-cv-01234-BRW   Roe v. Wyeth et al
4:06-cv-01235-BRW   Roberts v. Wyeth et al
4:06-cv-01236-BRW   Patten v. Wyeth et al
4:06-cv-01237-BRW   Mullins et al v. Wyeth et al

4:06-cv-01239-BRW   Melendez v. Wyeth et al
4:06-cv-01240-BRW   Morgan et al v. Wyeth et al
4:06-cv-01242-BRW   Long et al v. Wyeth et al
4:06-cv-01243-BRW   Killian et al v. Wyeth et al
4:06-cv-01244-BRW   Carll v. Wyeth et al

4:06-cv-01245-BRW   Ayers v. Wyeth et al
4:06-cv-01246-BRW   Mancini v. Wyeth et al
4:06-cv-01247-BRW   Ferguson et al v. Wyeth et al
4:06-cv-01248-BRW   Kennedy et al v. Wyeth et al
4:06-cv-01249-BRW   Hamm v. Wyeth et al

4:06-cv-01251-BRW   McClellan v. Wyeth et al
4:06-cv-01253-BRW   O'Neil v. Wyeth et al
4:06-cv-01258-BRW   Rubin-Finn v. Wyeth et al
4:06-cv-01261-BRW   Stamper et al v. Wyeth et al
4:06-cv-01275-BRW   Jansky v. Wyeth et al

4:06-cv-01277-BRW   Dewey v. Wyeth et al
4:06-cv-01281-BRW   Shay v. Wyeth et al
4:06-cv-01283-BRW   Lykins et al v. Wyeth Inc et al
4:06-cv-01285-BRW   Lantz et al v. Wyeth et al
4:06-cv-01355-BRW   Dane v. Wyeth Inc et al

4:06-cv-01360-BRW   Blevins et al v. Wyeth et al
4:06-cv-01361-BRW   Heleniak et al v. Pfizer Inc et al
4:06-cv-01367-BRW   Darby et al v. Wyeth et al
4:06-cv-01371-BRW   Allen-Honeycutt et al v. Wyeth et al
4:06-cv-01377-BRW   Kruse et al v. Wyeth et al

4:06-cv-01389-BRW   Martin v. Wyeth Inc et al
4:06-cv-01404-BRW   Kaiser et al v. Wyeth Inc et al
4:06-cv-01406-BRW   Acard v. Wyeth et al
4:06-cv-01416-BRW   Lonkani v. Wyeth Inc et al
4:06-cv-01420-BRW   Scherer et al v. Wyeth et al

4:06-cv-01422-BRW   Newman et al v. Wyeth et al
4:06-cv-01424-BRW   Keith v. Wyeth et al
4:06-cv-01454-BRW   Brown et al v. Wyeth Inc et al
4:06-cv-01504-BRW   Aguayo et al v. Wyeth et al
4:06-cv-01518-BRW   Henry v. Pfizer Inc et al

4:06-cv-01521-BRW  Galloway v. Wyeth et al
4:06-cv-01544-BRW  Romel v. Wyeth et al
4:06-cv-01549-BRW  Baurmash v. Wyeth Inc et al
4:06-cv-01552-BRW  Dougherty v. Wyeth Inc et al
4:06-cv-01554-BRW  Wilson v. Wyeth Inc et al

4:06-cv-01602-BRW  Rister v. Wyeth Inc et al
4:06-cv-01655-BRW  Groethe v. Wyeth et al
4:06-cv-01681-BRW  Ippolito v. Wyeth Inc et al
4:06-cv-01684-BRW  Williams v. Wyeth Inc et al
4:06-cv-01698-BRW  McCandless v. Wyeth et al

4:07-cv-00001-BRW  Addis et al v. Wyeth Inc et al
4:07-cv-00078-BRW  Gattuso v. Wyeth Inc et al
4:07-cv-00096-BRW  Collins v. Wyeth et al
4:07-cv-00104-BRW  Arnold v. Wyeth et al
4:07-cv-00105-BRW  Cox v. Wyeth et al

4:07-cv-00108-BRW  Fuentes v. Wyeth Inc et al
4:07-cv-00115-BRW  Nickence v. Wyeth Inc et al
4:07-cv-00125-BRW  Cook et al v. Wyeth et al
4:07-cv-00127-BRW  Becker v. Wyeth et al
4:07-cv-00128-BRW  Doctors v. Wyeth et al

4:07-cv-00167-BRW  Miller v. Wyeth
4:07-cv-00168-BRW  Gabriel v. Wyeth
4:07-cv-00169-BRW  Llana v. Wyeth et al
4:07-cv-00170-BRW  Godwin v. Wyeth et al
4:07-cv-00182-BRW  Howard v. Wyeth et al

4:07-cv-00188-BRW  Vara et al v. Wyeth et al
4:07-cv-00190-BRW  Podesta v. Wyeth et al
4:07-cv-00226-BRW  Martinez v. Wyeth et al
4:07-cv-00230-BRW  Read v. Wyeth et al
4:07-cv-00248-BRW  Lawson v. Wyeth et al

4:07-cv-00293-BRW  Fegley v. Wyeth et al
4:07-cv-00295-BRW  Infinger et al v. Wyeth Inc et al
4:07-cv-00313-BRW  Fitzner v. Wyeth et al
4:07-cv-00322-BRW  Moe v. Wyeth et al
4:07-cv-00325-BRW  Mullins et al v. Wyeth et al

4:07-cv-00336-BRW  Gilley v. Wyeth et al
4:07-cv-00431-BRW  Keane et al v. Pfizer Inc et al
4:07-cv-00456-BRW  Marshall v. Wyeth et al
4:07-cv-00465-BRW  Wagner v. Wyeth et al
4:07-cv-00466-BRW  Swanson v. Wyeth et al

4:07-cv-00468-BRW   Kaplan v. Wyeth et al
4:07-cv-00474-BRW   Calabro v. Wyeth et al
4:07-cv-00480-BRW   Rhodes v. Wyeth Inc
4:07-cv-00496-BRW   Berns v. Wyeth Inc et al
4:07-cv-00499-BRW   Mims et al v. Wyeth Pharmaceuticals Inc

4:07-cv-00500-BRW   Gardner v. Wyeth Pharmaceuticals Inc
4:07-cv-00513-BRW   Bernardo v. Wyeth et al
4:07-cv-00544-BRW   Basham v. Wyeth et al
4:07-cv-00547-BRW   Saucier et al v. Wyeth Inc et al
4:07-cv-00552-BRW   VanTassal v. Wyeth et al

4:07-cv-00560-BRW   Kimbrough v. Wyeth et al
4:07-cv-00578-BRW   Riley v. Wyeth et al
4:07-cv-00579-BRW   Soukkala v. Wyeth et al
4:07-cv-00581-BRW   Lightner v. Wyeth et al
4:07-cv-00597-BRW   Wright v. Wyeth et al

4:07-cv-00599-BRW   McKinney v. Wyeth et al
4:07-cv-00650-BRW   Greenberg v. Wyeth
4:07-cv-00724-BRW   Meredith et al v. Wyeth
4:07-cv-00735-BRW   Inwood v. Wyeth Inc et al
4:07-cv-00736-BRW   Edmundson et al v. Wyeth et al

4:07-cv-00738-BRW   Feldman v. Wyeth Inc et al
4:07-cv-01071-BRW   Hoffman v. Wyeth et al
4:07-cv-01072-BRW   Henderson et al v. Wyeth Inc et al
4:07-cv-01082-BRW   Pace v. Wyeth et al
4:07-cv-01085-BRW   Patterson v. Wyeth et al

4:07-cv-01094-BRW   Mumme et al v. Wyeth Inc et al
4:07-cv-01121-BRW   Kendall v. Pharmacia & Upjohn Company et al
4:07-cv-01122-BRW   Johnston v. Wyeth et al
4:07-cv-01126-BRW   Neilson v. Wyeth et al
4:07-cv-01127-BRW   Poto v. Wyeth et al

4:07-cv-01128-BRW   Shippen v. Wyeth et al
4:07-cv-01137-BRW   Singer v. Wyeth et al
4:07-cv-01140-BRW   Thompson v. Wyeth et al
4:07-cv-01141-BRW   Pulley v. Wyeth et al
4:07-cv-01145-BRW   Ward v. Wyeth et al

4:07-cv-01197-BRW   Harding et al v. Wyeth Inc et al
4:07-cv-01201-BRW   Bailey v. Wyeth et al
4:07-cv-01205-BRW   Carruth v. Wyeth et al
4:08-cv-00009-BRW   Johnson et al v. Wyeth et al
4:08-cv-00029-BRW   Hesch et al v. Wyeth Inc et al

4:08-cv-00038-BRW	Ranallo v. Wyeth et al
4:08-cv-00045-BRW	Mongeon v. Wyeth et al
4:08-cv-00054-BRW	Asbury v. Wyeth et al
4:08-cv-00055-BRW	D'Andrea v. Wyeth et al
4:08-cv-00063-BRW	McCall v. Wyeth Inc et al

4:08-cv-00080-BRW	Fitzgerald et al v. Pfizer Inc et al
4:08-cv-00103-BRW	Rutledge v. Wyeth et al
4:08-cv-00113-BRW	Gaw v. Wyeth et al
4:08-cv-00125-BRW	Shows v. Wyeth Pharmaceuticals Inc
4:08-cv-00129-BRW	Beier v. Wyeth et al

4:08-cv-00135-BRW	Marsa v. Wyeth et al
4:08-cv-00173-BRW	Wilkerson v. Wyeth et al
4:08-cv-00177-BRW	Willis v. Wyeth et al
4:08-cv-00178-BRW	McGinn et al v. Wyeth Inc et al
4:08-cv-00182-BRW	Mink v. Wyeth Inc et al

4:08-cv-00186-BRW	Pecci v. Wyeth et al
4:08-cv-00192-BRW	Illingsworth v. Wyeth Inc et al
4:08-cv-00203-BRW	Pellack v. Wyeth Pharmaceuticals Inc
4:08-cv-00237-BRW	Hunt et al v. Wyeth Inc et al
4:08-cv-00239-BRW	Dake v. Pfizer Inc et al

4:08-cv-00248-BRW	Cottrell v. Wyeth et al
4:08-cv-00251-BRW	Colledge et al v. Wyeth Inc et al
4:08-cv-00252-BRW	Garfinkle v. Wyeth et al
4:08-cv-00256-BRW	Singleton v. Wyeth et al
4:08-cv-00258-BRW	Johnson et al v. Wyeth Inc et al

4:08-cv-00259-BRW	Tucker v. Wyeth et al
4:08-cv-00263-BRW	Rieder et al v. Wyeth Inc et al
4:08-cv-00264-BRW	Hirvela et al v. Wyeth Inc et al
4:08-cv-00265-BRW	Chambers et al v. Wyeth Inc et al
4:08-cv-00266-BRW	Joffrion v. Wyeth et al

4:08-cv-00289-BRW	Hill v. Wyeth et al
4:08-cv-00296-BRW	Pugh v. Wyeth Inc et al
4:08-cv-00297-BRW	Ogens v. Wyeth et al
4:08-cv-00310-BRW	Grant-Hylton v. Wyeth et al
4:08-cv-00311-BRW	Duke v. Wyeth et al

4:08-cv-00312-BRW	Brinkley v. Wyeth et al
4:08-cv-00313-BRW	Case v. Wyeth et al
4:08-cv-00314-BRW	Deavers v. Wyeth et al
4:08-cv-00322-BRW	Martin v. Wyeth et al
4:08-cv-00330-BRW	Reed v. Wyeth et al

4:08-cv-00332-BRW  Cerinetti et al v. Wyeth et al
4:08-cv-00343-BRW  Becker et al v. Wyeth Inc et al
4:08-cv-00344-BRW  Meir et al v. Wyeth Inc et al
4:08-cv-00348-BRW  Kalbfleisch et al v. Wyeth Inc et al
4:08-cv-00350-BRW  Fratzke v. Wyeth Inc et al

4:08-cv-00394-BRW  Grace v. Wyeth et al
4:08-cv-00396-BRW  Trost v. Wyeth et al
4:08-cv-00418-BRW  Zidlick v. Wyeth et al
4:08-cv-00420-BRW  Slezak v. Wyeth Inc et al
4:08-cv-00435-BRW  Hall v. Wyeth et al

4:08-cv-00445-BRW  Sharp et al v. Wyeth et al
4:08-cv-00461-BRW  Cochran v. Wyeth Inc et al
4:08-cv-00465-BRW  Johnson v. Wyeth Inc et al
4:08-cv-00495-BRW  Brooks v. Wyeth Inc et al
4:08-cv-00528-BRW  Pfaff v. Wyeth Inc et al

4:08-cv-00551-BRW  Harrison et al v. Wyeth et al
4:08-cv-00554-BRW  Miller v. Wyeth et al
4:08-cv-00565-BRW  Lowe v. Wyeth et al
4:08-cv-00605-BRW  Stedman et al v. Wyeth et al
4:08-cv-00625-BRW  Stoe et al v. Wyeth et al

4:08-cv-00632-BRW  Sauer et al v. Wyeth et al
4:08-cv-00678-BRW  Harwell v. Wyeth et al
4:08-cv-00693-BRW  Erger v. Wyeth et al
4:08-cv-00776-BRW  Carpenter v. Wyeth et al
4:08-cv-00859-BRW  Mills v. Wyeth et al

4:08-cv-00863-BRW  Savage v. Wyeth et al
4:08-cv-00867-BRW  Camp v. Wyeth et al
4:08-cv-00869-BRW  Touchstone v. Wyeth et al
4:08-cv-00872-BRW  Scholl v. Wyeth et al
4:08-cv-00874-BRW  Valovich v. Wyeth et al

4:08-cv-00923-BRW  Williams v. Wyeth Inc et al
4:08-cv-01079-BRW  Lawnsdale v. Wyeth et al
4:08-cv-01082-BRW  Bogler v. Wyeth et al
4:08-cv-01086-BRW  Haber v. Wyeth et al
4:08-cv-01161-BRW  Hickerson et al v. Wyeth Inc et al

4:08-cv-01166-BRW  Mitchener v. Wyeth Inc et al
4:08-cv-01194-BRW  Steinhardt v. Wyeth et al
4:08-cv-01195-BRW  Pruett et al v. Wyeth et al
4:08-cv-01211-BRW  Bot v. Wyeth et al
4:08-cv-01246-BRW  Shaker v. Wyeth et al

```
4:08-cv-01250-BRW   McCann v. Wyeth et al
4:08-cv-01284-BRW   Andres et al v. Wyeth et al
4:08-cv-01297-BRW   Lunde et al v. Wyeth
4:08-cv-01310-BRW   Daher v. Wyeth et al
4:08-cv-01316-BRW   Perez v. Wyeth Inc

4:08-cv-01361-BRW   Roberts v. Wyeth Inc et al
4:08-cv-01378-BRW   Jones v. Wyeth et al
4:08-cv-01414-BRW   Dybvig v. Wyeth Inc et al
4:08-cv-01425-BRW   Gaio v. Wyeth Inc et al
4:08-cv-01433-BRW   Pieprzny v. Wyeth Inc et al

4:08-cv-01436-BRW   Johnson v. Wyeth Inc et al
4:08-cv-01444-BRW   Bortel v. Wyeth et al
4:08-cv-01445-BRW   Jacks v. Wyeth Inc et al
4:08-cv-01446-BRW   Griesing v. Wyeth et al
4:08-cv-01447-BRW   Hoffman v. Wyeth et al

4:08-cv-01448-BRW   Kelly v. Wyeth et al
4:08-cv-01449-BRW   Larson v. Wyeth et al
4:08-cv-01522-BRW   Adkins v. Wyeth et al
4:08-cv-01548-BRW   Olson v. Wyeth et al
4:08-cv-01552-BRW   Kuntz v. Wyeth Inc et al

4:08-cv-01628-BRW   Francis v. Pfizer Inc et al
4:08-cv-01815-BRW   Love v. Wyeth Inc et al
4:08-cv-01817-BRW   Ferreira et al v. Wyeth et al
4:08-cv-01818-BRW   Ruggles v. Wyeth et al
4:08-cv-01819-BRW   Martino et al v. Wyeth et al

4:08-cv-01820-BRW   Green et al v. Wyeth et al
4:08-cv-01821-BRW   Geyer et al v. Wyeth et al
4:08-cv-01833-BRW   Paquin v. Mylan Laboratories Inc
4:08-cv-01834-BRW   Posey v. Qualitest Pharmaceuticals Inc
4:08-cv-01837-BRW   Gray et al v. Wyeth et al

4:08-cv-01840-BRW   Reed et al v. Wyeth et al
4:08-cv-01841-BRW   Fox v. Wyeth et al
4:08-cv-01842-BRW   Bowling v. Wyeth et al
4:08-cv-01858-BRW   Long v. Wyeth et al
4:08-cv-01859-BRW   Surenyan v. Wyeth et al

4:08-cv-01863-BRW   Bennett et al v. Wyeth Inc et al
4:08-cv-01867-BRW   Ewick v. Wyeth Inc et al
4:08-cv-01878-BRW   McAloon v. Wyeth Inc et al
4:08-cv-01882-BRW   McClain v. Wyeth Inc et al
4:08-cv-01883-BRW   Micheletti et al v. Wyeth Inc et al
```